[Cite as *1/26/2004 Case Announcements,* 2004-Ohio-280.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 26, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–1682.   State ex rel. Regal Ware, Inc. v. Indus. Comm.**
Franklin App. No. 02AP–1264, 2003-Ohio-4184. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 20, 2004.